UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20858-CIV-UNGARO

SLAVI SLAVOV,
    Plaintiff,

v.

CARNIVAL CORP.,
    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On March 14, 2009, Defendant filed its Motion to Compel Arbitration (D.E. 3). Plaintiff has failed to file a timely response to the Motion. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL file a response to Defendant's Motion to Compel no later than **noon on Friday, May 8, 2008.** Plaintiff is cautioned that failure to adequately respond to the pending motion by time may result in the Court granting the pending motion without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this _5_ day of May, 2009.

                                             URSULA UNGARO
                                             UNITED STATES DISTRICT JUDGE

copies provided to:
Counsel of record